IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRARD D. JONES,

    Plaintiff,

v.                                         CASE NO. 4:16cv36-RH/CAS

TORREY M. JOHNSON et al.,

    Defendants.

_____/

**ORDER DENYING TEMPORARY RESTRAINING ORDER**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 18, and the objections, ECF Nos. 20 and 24. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for temporary restraining order, ECF No. 11, is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on April 21, 2016.

                                                s/Robert L. Hinkle
                                                United States District Judge